IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-354-FL

| | | |
|---|---|---|
| DOUG PAUL and ALEXANDER BEKO, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| BLUE CROSS BLUE SHIELD OF NORTH CAROLINA, | ) ) ) ) | |
| Defendant. | ) | |

This matter came before the court May 20, 2025, for hearing on defendant's motion for clarification. (DE 48). Plaintiffs appeared through counsel Norris A. Adams, II and defendant through counsel Jennifer K. Van Zant. This order memorializes issues raised and decisions made at hearing. For reasons stated on the record:

1. Defendant's motion is DENIED.

2. Where defendant indicated it would seek further relief in response to that denial, and plaintiffs indicated they would seek leave to amend depending on the outcome of defendant's anticipated motion, with the consent of the parties, briefing shall proceed as follows:

    a. Defendant shall file anticipated motion(s) on or before **June 10, 2025**;

    b. Plaintiffs shall file by **July 1, 2025**, any response and their contingent motion for leave to amend complaint, including red-lined version of proposed amended pleading showing changes sought to be made;

c. Defendant shall file by **July 22, 2025**, any response to contingent motion to amend if consent is not given; and

d. Replies, if any, shall be filed within **14 days** after service of response to any motion, as set out in Local Civil Rule 7.1(g)(1).

3. Additionally, deadlines set forth in the court's January 21, 2025, case management order (DE 44) are hereby STAYED.[1]

SO ORDERED, this the 21st day of May, 2025.

LOUISE W. FLANAGAN
United States District Judge

---

[1] Upon issuance of order resolving motions described above, and lifting of the stay, the court shall direct the parties to file a joint report proposing new case management deadlines for its consideration in fashioning an amended case management schedule.